**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HIVE STUDIOS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No.:** 1:26-cv-03127 |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| REUELL WALTERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>COMPLAINT FOR DECLARATORY JUDGMENT</u>

Plaintiff HIVE STUDIOS LLC ("Plaintiff" or "Hive"), by and through its attorneys, Winston & Strawn LLP, for their Complaint against Defendant REUELL WALTERS ("Defendant" or "Mr. Walters"), alleges as follows:

### I. Nature of Action

1. With this action, Hive seeks a declaration that the video game it independently created in a highly popular genre does not infringe Defendant's purported copyright in his own video game in the same genre.

2. For over two years, Defendant has repeatedly, and baselessly, threatened to sue Hive for copyright infringement, have its game taken down pursuant to the Digital Millenium Copyright Act, and pursue non-existent damages. And just two weeks ago, Defendant confirmed his intentions to imminently pursue these fabricated claims unless Hive immediately acceded to his extortionate threats and demands.

3. Hive files this action now to put a stop to Defendant's improper conduct.

4. This dispute concerns independent games created by Hive and Defendant on Epic Games' popular *Fortnite* videogame platform. Epic allows its independent developers, like Hive,

to create their own games within the platform to share with other members of the vast player community using an Epic-owned inventory of building materials (walls, floors, obstacles, etc.), objects (weapons, gadgets, consumables, etc.), and gameplay settings (number of players, lives, health, etc.). To date, independent developers have published nearly 500,000 different games that are played daily by hundreds of thousands of people. To further encourage its highly engaged fan base to continue to create and play these independent games, Epic shares some of the revenue that it earns through its platform with developers. Over the years, independent developers have earned over $700 million as part of Epic's vibrant creator economy.

5. As with all video game platforms, developers and players coalesce around certain game styles or genres. These range from the style of competition (player-versus-player, team versus team, last player standing or "battle royale," etc.), the style of game map (box or cage matches, color or zone wars, etc.), or the style of mechanics or rules (timers, number of lives, types of objects, etc.). Epic, of course, recognizes this longstanding gaming phenomenon and reminds its community that "the idea for a game, the title of a game, and the methods for playing that game are not protected by copyright law. Anyone can make a game that is similar to any other published game."

6. Accordingly, *Fortnite* developers have made hundreds, sometimes even thousands, of different games within a particular genre. To aid in discovery of the vast array of options on the *Fortnite* platform, Epic organizes games by their genre, promotes games by their genre, encourages players to explore all of the different games in these genres, and, if they so desire, create their own.

7. One of the most popular genres to date is called "Box PVP" (or "Box Fight"), which is a player-versus-player game that takes place in a simple box-shaped gameplay map. This genre has become so successful because of the simplicity of the design (usually bare wooden floor and

walls, as opposed to ornate and bombastic), the scale of the gameplay map (usually very close quarters, as opposed to a sprawling natural environment), and straightforward and familiar settings (usually standard *Fortnite* defaults or universally applicable fan-friendly settings, as opposed to limited to just one type of gameplay) create a highly engaging, fast-paced, and pared-down platform for users to easily interact and hone their gameplay skills, on repeat, without extraneous features. This genre is attractive to all styles of players from beginners to professionals. One could say that it is the equivalent of a halfcourt pickup basketball game in the park: all you need to play a game is a ball, a hard surface, and a hoop. Both Hive and Defendant have created Box PVP games, along with numerous other developers.

8. Defendant has now taken the extraordinary—and legally baseless—position that Hive's Box PVP game infringes his purported copyright in his own game. Defendant does not claim copyright in the Box PVP genre itself. But he does claim protection in his purported "selection and arrangement" of various elements, settings, and objects. And despite obvious differences, Defendant further claims that Hive's game is substantially similar to his game. Defendant is wrong on both counts.

9. Defendant's purported selection and arrangement is neither original nor unique nor creative, but largely the product of utilizing default *Fortnite* settings that are dictated by the gaming platform or are standard for the Box PVP genre, or both. Defendant's purported selection mostly amounts to nothing more than the manifestation of stock elements and is unprotectable under both the merger doctrine and as *scènes à faire*. Indeed, while Defendant readily disclaims copyright in the Box PVP genre, a cursory review of his infringement threats against Hive demonstrates that he is attempting to do exactly that. But black-letter copyright law unquestionably forecloses his brazen attempt to monopolize an entire gaming genre through threat of litigation.

10.     To the extent that there is *any* copyright protection at all in Defendant's purported selection and arrangement of elements in his Box PVP game (which Hive does not concede), it is exceedingly thin and, accordingly, only virtually identical copying could ever amount to actionable infringement under the law. As detailed below, Hive's game is not substantially similar to Defendant's game, let alone virtually identical. Hive uses a combination of different materials, different objects, and different settings. Indeed, its differences—*due to Hive's original designs, and its own unique selection and arrangement*—are what sets Hive's game apart from the thousands of other Box PVP games in existence and, in fact, made it one of the top *Fortnite* games of all time, while Defendant's game largely is un-played.

11.     Because Defendant most recently has threatened to imminently file claims of copyright infringement against Hive and a takedown notice with Epic unless Hive accedes to his extortionate demands, and because Defendant's claims are demonstrably meritless, Hive respectfully seeks a declaration of non-infringement to put a stop to Defendant's improper conduct.

## II.     Parties

12.     Hive is an Illinois limited liability company headquartered in Oak Brook, Illinois.

13.     Defendant, an individual, is, on information and belief, a citizen of the United Kingdom who currently resides in the United Kingdom.

## III.     Jurisdiction and Venue

1.     This action arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201–2202.

14.     This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act.

4

15.     An actual and justiciable controversy exists between the parties based on Defendant's allegations that Hive's game infringes Defendant's purported copyright. Defendant's threats place Hive in the untenable position of either acceding to Defendant's demands or risking enforcement actions that could disrupt distribution of its game. Hive disputes Defendant's allegations and contends that its game does not infringe any valid copyright owned by Defendant. Accordingly, there exists a real and immediate controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

16.     This Court has personal jurisdiction over Defendant because he has purposefully directed activities toward Hive in this District, and Hive's claims arise out of, and relate to, those activities.

17.     Defendant has repeatedly accused Hive of infringing his alleged copyright in connection with Hive's game. In furtherance of those accusations, Defendant sent multiple cease-and-desist letters and related enforcement communications accusing Hive of copyright infringement. Those letters were addressed to Hive in Illinois, specifically identifying an Illinois address as the recipient.

18.     Defendant knew that Hive is located in Illinois and that Hive's game was developed, updated, and monetized from Illinois. Defendant's enforcement communications were intentionally directed to Illinois and were designed to affect Hive's business activities in Illinois.

19.     Defendant also communicated directly with Hive's members and employees through the communication platform Discord, including the communications referenced in Defendant's cease-and-desist correspondence, while knowing those individuals were located in Illinois.

20. Hive's claim arises directly out of Defendant's accusations of infringement and threats of enforcement directed at Hive.

21. In the alternative, personal jurisdiction exists pursuant to Federal Rule of Civil Procedure 4(k)(2). Hive's claims arise under federal law, the Copyright Act and the Declaratory Judgment Act, and Defendant is a foreign individual who, upon information and belief, is not otherwise subject to general jurisdiction in any particular state of the United States.

22. Defendant nevertheless has substantial contacts with the United States as a whole. Defendant has invoked the protections and benefits of United States law by registering the copyright that he now asserts against Hive with the United States Copyright Office. Defendant applied for that registration after initiating communications with Hive regarding the alleged infringement while Hive was located in the United States.

23. Additionally, Defendant has participated in and directed activities, including the creation and distribution of his own game, toward the *Fortnite* platform and gaming ecosystem based in the United States, and that includes large numbers of players located in the United States. Indeed, the United States represents a significant portion of *Fortnite*'s global player base. Publicly available data shows that approximately 21% of *Fortnite* players are located in the United States, representing the largest national player population for the game. The United States also represents the highest concentration of in-game spending, accounting for 63% of total revenue.

24. By engaging with and directing activities toward the *Fortnite* platform and gaming ecosystem and its users, Defendant has purposefully directed activities toward the United States.

25. Considering Defendant's contacts with the United States as a whole, the exercise of jurisdiction over Defendant pursuant to Federal Rule of Civil Procedure 4(k)(2) is consistent with due process.

26. Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) because Defendant may be found in this District, including because he purposefully directed enforcement communications to Hive in Illinois giving rise to this action. Venue is also proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this District. Again, Defendant directed enforcement communications to Hive in this District, communicated with Hive while knowing it was located in this District, and threatened enforcement measures affecting Hive's ability to distribute the game from this District.

## IV. GENERAL ALLEGATIONS

### A. Epic's *Fortnite* Game and the *Fortnite* Developer Community

27. Epic is the publisher of the immensely popular *Fortnite* video game, first released in July 2017.

28. In December 2018, Epic introduced Fortnite Creative, a tool that allows its users—from independent developers to professional studios—to build and release their own games (called "Islands") on the *Fortnite* platform for other members of the vibrant Fortnite community to enjoy.

29. Developers utilize Fortnite's Creative Inventory, an Epic-created limited collection of pre-existing building parts, props, and gadgets, to build their Islands. The Creative Inventory also includes objects from Epic's original *Fortnite* game, such as walls, floors, weapons, vehicles, and decorative items.

30. In March 2023, Epic introduced another creative tool: Unreal Editor for Fortnite ("UEFN"). UEFN is an application that allows users to design, build, and publish their games using *Fortnite*'s Unreal Engine, an open and advanced real-time 3D creation platform licensed to amateur and professional users. UEFN allows developers to use Epic's Unreal Engine technology, and its rendering, lighting, video effects, animation, and worldbuilding tools, to build their *Fortnite* games. In other words, as opposed to solely using *Fortnite*'s limited set of stock elements from the

Creative Inventory, developers could now use UEFN to design their own elements to incorporate into their Islands, such as custom objects, textures, landscapes, etc.

31. Since 2018, nearly 70,000 developers have released nearly 500,000 Islands through Fortnite Creative and UEFN. These Islands have collectively been played by millions of users for over a trillion minutes.[1]

32. Epic also provides its independent developers with the opportunity to earn money from their Islands. Epic reports that developers have earned over $700 million from their games being played on *Fortnite*'s platform, and supported by its built-in discovery, growth tools, and monetization features.

33. Given the number of *Fortnite* developers and the vibrancy of this community, it is common for certain game types, or genres, to become immensely popular. Examples include Team Deathmatch, where two teams battle each other with re-spawning enabled; Party Games (or Minigames), where players challenge one another in a variety of easy and fun minigames; Zonewars, where Storm Devices narrow the playing field and the last player standing wins; 1v1, where just two players face off in battle; and, relevant here, Box PVP (or Box Fight),[2] where a handful of players compete against one another in a confined, box-shaped level, like a cage match.[3]

---

[1] *See* https://fortnite.gg/player-count (last visited March 14, 2026).

[2] For purposes of describing the relevant gaming genre, this Complaint uses "Box PVP" and "Box Fight" interchangeably.

[3] *See* https://fortnite.gg/player-count?genres (last visited March 14, 2026).



34.     At any given time, there are hundreds or even thousands of versions of games in a particular genre. Sometimes the versions are exact replicas, which Epic generally discourages. But most of the time, the different versions are mere variations or twists on these standard gaming themes or genres, which Epic fully supports. Indeed, Epic states in its Intellectual Property (IP) and DMCA Guidelines for Fortnite Island Creators (March 22, 2023) that "the idea for a game, the title of a game, and the methods for playing that game are not protected by copyright law. Anyone can make a game that is similar to any other published game. Copyright protects only the specific manner of an author's expression."[4]

35.     Recognizing the popularity of these game genres, Epic provides developers with the ability to "tag" their games by genre, including, for example, Box Fights. Epic also provides its users with the ability to search games by these tags, and often promotes groups of games within genres, such as Box Fights and other popular genres, as shown below[5]:

---

[4]  Intellectual  Property  (IP)  and  DMCA  Guidelines  for  Fortnite  Island  Creators, https://www.fortnite.com/news/intellectual-property-ip-and-dmca-guidelines-for-fortnite-island-creators?lang=en-US (last visited March 19, 2026).

[5]  *See*  https://www.fortnite.com/?lang=en-US  (last  visited  March  19,  2026); https://www.fortnite.com/categories/boxfight?lang=en-US (last visited March 19, 2026).

9





### B. Hive's *Fortnite* Box PVP Game

36.     Hive was founded in 2023 by brothers Matthew Behan and Aydan Behan as an independent game design studio for the *Fortnite* platform. Hive is one of the most successful *Fortnite* developers of all time. It is consistently ranked among the top ten most popular *Fortnite* developers (and, at the time of filing, it is ranked third in the world).[6] Its fans have spent a staggering 28 billion minutes playing its 13 different games over the last several years.[7]

37.     One of Hive's most popular games of all time is its Box PVP game (Island Code 2515-6266-7600), which was released on July 28, 2022.[8] Hive's Box PVP is an installment in the well-established Box PVP genre. This genre has its origins in Minecraft, which is another highly

---

[6] *See* https://fortnite.gg/creators (last visited March 19, 2026).

[7] *See* https://fortnite.gg/creator?name=hive (last visited March 19, 2026).

[8] Epic's *Fortnite* platform assigns a unique "Island Code" to each game.

popular online game community that also offers the ability for users to create their own games. As early as 2016, independent Minecraft creators were developing player-versus-player ("PVP") games inside of boxes made of wood or other materials native to the game, as illustrated by this screenshot from a 2016 YouTube video[9]:



**Screenshot from Minecraft Box PVP Gameplay Video (2016)**

38.     Over the years, countless *Fortnite* developers have developed their own Box PVP games, including professional football player Sauce Gardner and other well-known independent developers. These games largely feature the same stock elements: a box, simple materials, and standard *Fortnite* objects and settings, as illustrated by the screenshots below.

---

[9] *See* https://www.youtube.com/watch?v=ANQ-nQ2MmPo (last visited March 19, 2026).

11

| Screenshot from Pandvil's Box PVP[10] |
|---|
|  |

---

[10] *Fortnite* Island Code 2987-5348-6181. *See* https://www.fortnite.com/@pandvil/2987-5348-6181?lang=en-US (last visited March 19, 2026).

| Screenshot from Prettyboy's Box PVP[11] |
| --- |
|  |

[11] *Fortnite* Island Code 6042-1177-7412. *See* https://www.fortnite.com/@prettyboy/6042-1177-7412?lang=en-US (last visited March 19, 2026).

**Screenshot from Sauce Gardner's NFL Box PVP[12]**



---

[12] *Fortnite* Island Code 0551-7317-6849. *See* https://www.fortnite.com/@saucegardner/0551-7317-6849 (last visited March 19, 2026).

39.　　In fact, Epic itself featured Pandvil's Box PVP in 2023, as shown below.[13]



40.    The Box PVP genre has been so popular on the *Fortnite* platform that thousands of different games have been created, as shown by these screenshots from *Fortnite*'s search function.[14] As is typical with highly popular genres, many major developers released their own Box PVP games, largely designed in the same way to satisfy interest from players.



----

[14] *See* https://www.fortnite.com/search/islands?q=box+pvp&lang=en-US (last visited March 19, 2026); *see also* https://fortnite.gg/creative?search=box+fight (last visited March 19, 2026).

41.    Despite this intense competition in the Box PVP genre, Hive's game quickly rose in popularity due to its own unique features. In the three-and-a-half years since its release, Hive's Box PVP has been played for nearly 13 billion minutes by millions of fans.[15] It is ranked among the top games in the world, having been "favorited" by nearly 6 million users—*the 18th most played and liked of Fortnite's nearly 500,000 Islands.*[16]

42.    Below are several images of Hive Box PVP game, beginning with the Waiting Room, a developer-designed area where players wait until enough other players have joined a game to commence, and followed by images of gameplay.

| Hive Box PVP Waiting Room |
| --- |
|  |

---

[15] *See* https://fortnite.gg/island?code=2515-6266-7600 (last visited March 19, 2026).

[16] *Id.*

Case: 1:26-cv-03127 Document #: 1 Filed: 03/19/26 Page 18 of 40 PageID #:18

| Hive Box PVP Screenshots of Gameplay |
|---|
|  |
|  |
|  |

18



43.    Hive epitomizes the opportunities afforded to the *Fortnite* developer community, entertaining tens of thousands of players, inspiring hundreds if not thousands of other developers, and directly collaborating with Epic and major third-party brands such as LEGO.

**C.    Defendant's Baseless Threats of Infringement to Hive**

44.    On January 24, 2024, Defendant, through counsel, sent Hive a letter to put it on notice of certain intellectual property rights owned by him, certain activities by Hive that he claimed constituted infringement of those rights, and his intention to pursue litigation if those allegedly infringing activities did not cease. Defendant also attached an appendix to his letter that purported to compare allegedly protectable elements from his game that were allegedly infringed by Hive's game.

45.    On January 29, 2024, the parties' counsel discussed Defendant's January 24, 2024 letter. During that call, Hive's counsel also requested a copy of Defendant's United States Copyright Office registration. It turned out that Defendant did not yet have a copyright registration when he sent his initial demand. It was later revealed that Defendant first applied for registration on January 30, 2024, the following day.

46.     On December 12, 2025, Defendant followed up on his prior demand with another letter to Hive stating that his copyright registration had now issued.[17]

47.     In that letter, Defendant further asserted that two different "versions" of Hive's Box PVP game—Hive Box PVP 1 ("HV1") and Hive Box PVP 2 ("HV2")—"both comprise unlawful reproductions of [his] Box PVP and infringements of his copyrights in his Box PVP." Defendant attached to this letter "a table which shows (i) the nearly 70 positive selections made by [him] in the creation of his Box PVP island … , (ii) the corresponding selections which [he] believes … Team Hive made in their creation of HVI." Defendant also identified the purported selections made by Hive in HV2 that he claims also render that "version" substantially similar to his game.

48.     Defendant again contended that he is "entitled to initiate a U.S. Federal Court proceeding for copyright infringement and seek compensation for his financial losses attributable to the Hive Box PVP." Defendant demanded a response by no later than December 22, 2025.

49.     On December 22, 2025, Hive substantively responded to Defendant's letter and explained how his claims have no merit, as the elements that he contends are protectable, are not, and the parties' games are not substantially similar to one another. Hive also "reject[ed] [Defendant's] baseless attempt to extract value from Hive's success."

50.     On March 6, 2026, Defendant sent yet another letter, purporting to respond to Hive's specific points. Defendant stated that his "second response letter … provide[s] a ***final opportunity to avoid litigation***" and threatened to "***pursue enforcement of his copyrights including through infringement litigation and a DMCA notice to Epic Games***." (emphases added). Defendant demanded a response by March 20, 2026.

---

[17] Defendant's registration issued on August 20, 2025.

**D.**     **Defendant's Purported Selection and Arrangement of Non-Protectable Elements Are Largely Dictated by *Fortnite*'s Settings and/or Are Stock Elements Generic to the Box PVP Genre**

51.     Defendant released his Box PVP game in late 2019 (Island Code 8116-8307-0921).[18] As stated above, Defendant claims "copyright protection in the specific *compilation* of pre-existing 2-D artwork and pre-existing data for which [he] obtained a copyright registration in his 'Box PVP' game." (emphasis in original). Defendant claims that he "designed his 'Box PVP' through intentional selection and arrangement of the elements in the map … ." Notably, Defendant excluded "pre-existing 2-D artwork and pre-existing data made available in Epic Games to Fortnite Island Creators" from his copyright registration.

52.     The reality is this: Defendant built a basic game in the well-known Box PVP genre utilizing generic elements provided by Epic through Fortnite Creative, the majority of which were dictated by *Fortnite*'s default gameplay rules or the Box PVP genre, or both, and are therefore unprotectable under either the merger doctrine or amount to unprotectable *scènes à faire*. There is nothing unique or creative about Defendant's purported "selection and arrangement" of these basic, platform- and genre-driven elements. And as stated below, to the extent there is any protection in Defendant's purported selection and arrangement of these elements (which Hive does not concede), it is exceedingly "thin" and, accordingly, only "virtually identical copying" could ever amount to actionable infringement. As will be shown, Hive's Box PVP game is not substantially similar to Defendant's game, let alone virtually identical. Defendant's threatened infringement claims fail.

53.     Defendant specifically claims protection in his alleged selection and arrangement of Fortnite Creative Mode assets used to create his Box PVP game, including user interface

---

[18] *See* https://www.fortnite.com/@rjw/8116-8307-0921?lang=en-US (last visited March 19, 2026).

settings, game rules, and game settings. In his December 12, 2025 letter, Defendant identifies several selections that he describes as "influential to user experience." As detailed below, Defendant's purported selection and arrangement of these elements, whether alone or in combination with his other purported selection and arrangement, is neither original nor unique nor creative.

54.     *First*, Defendant references his purported choice of the "Movie Set Gallery," one of several galleries of stock assets that Epic provides to its developers to build their games. As illustrated below, the Movie Set Gallery contains an Epic-designed wooden floor and walls.

| Free, Epic-Created "Movie Set Gallery" With "Wooden Floor" and "Wooden Wall" | "Wooden Wall" and "Wooden Floor" Assets In-Game, as Used by Defendant and Other Box PVP Developers |
| --- | --- |
|  | |

55.     The standard Box PVP genre dictates wooden floors and walls—so it looks and feels like being *inside a box*—and thus the Movie Set Gallery's assets are the standard setting provided by Epic for achieving this effect. Moreover, because the Movie Set Gallery is among the earliest sets of assets Epic provided, many developers—of many genres, from Box PVP to others—utilize these wooden materials to evoke nostalgia for the platform's early days. By way of example, developer Prettyboy, whose Box PVP Island pre-dates Hive's, used these materials. *See, e.g., supra* at 13. Further, contrary to Defendant's claim that he arranged these materials together, it is *Epic* that placed these two assets (the wooden floor pattern and the wall pattern) in the same "gallery."

Defendant simply cannot claim any protection over his selection of those items, whether alone or in combination with his other purported selection and arrangement.

56. **Second**, Defendant references his purported choice of various *Fortnite* "devices," including, as he describes them, the "Storm controller," "teams and settings inventory device," "player spawner," "Barrier device (White)," "Timed objective/Timer," "Player counter," and "Spawn Limit." Some of these are required to be used in every Island and others are standard settings for fast-paced, close quarters PVP games, of which the Box PVP genre is emblematic. There is nothing at all creative or unique about Defendant's purported use of these *Fortnite*-standard gameplay rules, whether standing alone or in combination with Defendant's other purported selection and arrangement.

57. **Third**, Defendant references his purported choice of weapons: the "[b]lue assault rifle" and the "[p]urple pump." But these are classic *Fortnite* weapons that, over the years, have become the most popular of all time, featured in countless genres from Box PVP to Zonewars to other competitive PVP-type games. Defendant's "choice" of the two most popular and highly versatile weapons for, again, a fast-paced, close quarters PVP game is obvious and dictated by *Fortnite*'s limited options and the Box PVP genre. Moreover, as described more below (*see infra* ¶ 84), Hive combined these popular stock weapons with customized health settings to render them one-hit-kill weapons. Thus, *Hive's unique use* distinguishes them from Defendant's standard use and therefore undermines his claims that the "choice" of these stock weapons is protectable, whether alone or in combination with his other selection and arrangement, and that Hive's game is infringing.

58. **Fourth**, Defendant's purported choice of "wooden" resources, Mini Shields, and Slurp Fish also are not protectable, whether alone or in concert with his other purported selections

23

and arrangements. These too are dictated by the Box PVP genre and popular *Fortnite* play mechanics.

59.     With respect to Defendant's purported choice of wooden resources, he is referring to one of *Fortnite*'s three standard building materials (wood, brick, and metal). With such materials, players can fill the playing area by building ramps, walls, and other obstacles that they use to navigate and set up and block attacks. These materials are present in virtually all PVP games, including Hive's (which also features brick and metal, therefore further distinguishing it from Defendant's game).

60.     With respect to Defendant's purported choice of the Mini Shield and Slurp Fish, he is referring to standard healing consumables (i.e., objects a player eats or drinks to repair health). These are obvious and standard items for a fast-paced game like the ones in the Box PVP genre, as they take effect in the shortest amount of time (two seconds and one second, respectively). Other consumables would be too time-consuming and therefore slow down gameplay. It is for these basic gameplay realities that these consumables are present in numerous other games across other genres.

61.     Moreover, Defendant's purported selection of the blue assault rifle and the purple pump weapons in combination with the Mini Shield and Slurp Fish consumables is not original, but a standard set of *Fortnite* platform selections that, again, is present in many other PVP games, such as the first Box Fight game released on the platform by developer Fiber, as shown in the image below.[19]

---

[19] *Fortnite* Island Code 3080-7809-4388. *See* https://fortnite.gg/island?code=3080-7809-4388 (last visited March 18, 2026).



62.　　Developer Pandvil's Box Fight 2 v 2 also includes these standard weapons and consumables, as shown in the image below.[20]



63.　　***Fifth***, Defendant's use of 16 players also is not unique, or a creative or protectable design choice, whether standing alone or in combination with any other selection and arrangement that Defendant purports to have made. A total of 16 players is the default player limit in Fortnite Creative and UEFN. Indeed, many thousands of games feature 16 players, including thousands of Box Fight games.[21]

---

[20] *Fortnite* Island Code 6562-8953-6567. *See* https://fortnite.gg/island?code=6562-8953-6567 (last visited March 18, 2026).

[21] *See* https://fortnite.gg/creative?search=box+fight&min-maxplayers=16&max-maxplayers=16 (last visited March 19, 2026).

64.     Further, Defendant initially appeared to claim that his selection of the size and shape of the Box PVP-genre Island, including a two-story, seven-by-seven grid box layout, was also protectable. But he later admits that he "never claimed copyright protection over the 7x7 two-floor map layout." Either way, it is not protectable. His selection of this feature is in no way unique or creative, whether standing alone or in combination with his other purported selection and arrangement. It is again dictated by *Fortnite*'s design parameters and the Box PVP genre. By definition, a Box PVP game is in a *box*, meaning a square floor space.

65.     Moreover, the use of a seven-by-seven grid with two layers also is dictated by functional and mathematical constraints imposed by Fortnite Creative and gameplay rules. As stated, a typical Box PVP game features a gameplay map with close quarters to maximize fast-paced and high-impact interactions. To place the default limit of 16 players evenly within such close quarters, the only symmetrical and playable configuration is a seven-by-seven grid, as *Fortnite* gameplay requires at least one neutral square between spawn points (the square within which a player commences the game) to prevent forced overlap or unavoidable early interactions. As a result, it is mathematically impossible to implement a compliant 16-player gameplay arena using fewer than seven tiles in each direction. In addition, two floors are the minimum number of floors to be able to utilize the full range of *Fortnite* design mechanics, including, relevant for a Box PVP game, floors and ceilings to "box in" gameplay. Thus, a seven-by-seven, two-floor layout represents the tightest viable combat space permitted by *Fortnite*'s rules, as illustrated below.

| Player 1 | Player 2 | Player 3 | Player 4 |
|---|---|---|---|
| Player 5 | Player 6 | Player 7 | Player 8 |
| Player 9 | Player 10 | Player 11 | Player 12 |
| Player 13 | Player 14 | Player 15 | Player 16 |

4x4 Map - Non-permitted Design

| Player 1 | | Player 2 | | Player 3 | | Player 4 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Player 5 | | Player 6 | | Player 7 | | Player 8 |
| | | | | | | |
| Player 9 | | Player 10 | | Player 11 | | Player 12 |
| | | | | | | |
| Player 13 | | Player 14 | | Player 15 | | Player 16 |

7x7 Map - Minimum Spacing Required

66. ***Sixth***, Defendant claims that his selection and arrangement of the Storm Device is protectable. It is not, whether alone or in combination with his other purported selection and arrangement. The Storm Device is an Epic-created device that is used in many types of games, and nearly all Box PVP games. It has its roots in *Fortnite*'s original gaming genre: Battle Royale. A Storm Device is a feature that periodically narrows the playing area to force players to interact with one another. The Storm Device creates a blue electrical storm-like environment where players lose health points outside of a designated radius.[22] This causes players to centralize inside the radius where players are safe from the impact of the electrical storm. Over the course of the game, the radius becomes progressively smaller, thereby increasing player interaction. The appearance of this device and its placement along the arena's walls is standard to *Fortnite*, cannot be customized, and is not a unique design choice, as shown below.

---

[22] *See* https://dev.epicgames.com/documentation/en-us/fortnite/using-basic-storm-controller-devices-in-fortnite-creative (last visited March 19, 2026).

27

| Storm Device in Defendant's Box PVP | Storm Device in Hive's Box PVP | Storm Device in Prettyboy's "Tilted Zone Wars"[23] |
|---|---|---|
|  | | |

67. **Seventh**, Defendant also claims that his user interface ("UI") selections are protectable. Those are not either, whether alone or in combination with his other purported selection and arrangement. They are *Fortnite*-standard settings, and their arrangement on the screen is the same for all games, as shown below.

| Epic's Battle Royale UI | Hive's Box PVP UI | Defendant's Box PVP UI |
|---|---|---|
|  | | |

68. **Finally**, in his December 12, 2025 letter, Defendant identifies dozens of other purported selections that he made when creating his game. According to Defendant, none of these are influential to user experience, however. Either way, many of the selections that he identifies are *Fortnite*-required or default settings, necessitating no selection and arrangement by a developer whatsoever. Indeed, countless games across other genres contain the same settings because they are standard or present when a developer begins to build a new game. There is nothing original,

---

[23] *Fortnite* Island Code 3729-0643-9775. *See* https://www.fortnite.com/@prettyboy/3729-0643-9775 (last visited March 19, 2026).

creative, or otherwise protectable in the presence of these features in Defendant's game, whether standing alone or in combination with Defendant's other purported selection and arrangement.

**E.** **Hive's Game Does Not Infringe Any Protectable Elements that May Exist in Defendant's Game**

69. When Hive created its Box PVP game, it did not copy or otherwise use Defendant's game as a reference. As stated, at that time, there were numerous Box PVP games in existence, many featuring variations or twists on genre-driven standard features.

70. Notwithstanding the above, Defendant identifies two versions of Hive's game that allegedly infringe the purported copyright in his game—referred to as HV1 and HV2.

71. As a preliminary matter, Defendant claims that Hive changed HV1 after Hive received his initial letter. That is wrong. Hive updated its Box PVP game in November 2023 (months before Defendant's first letter), following the earlier release of UEFN that allowed it to design its own original surfaces for its gameplay area, as opposed to using *Fortnite*'s preexisting stock. At that time, Hive used UEFN to design an original cardboard material for its box, setting it apart from the other traditional wooden Box PVP games of the time.

72. Defendant also claims that Hive reverted back to the traditional wood design because of a drop in engagement. This also is wrong. Hive never reverted back to the wood design after it was formally launched with other features that it designed with UEFN in November 2023. And following the formal launch of its original cardboard design and other customized UEFN features, Hive's engagement actually dramatically *increased*. This serves to confirm that *Hive's* original design choices and *Hive's* original selection and arrangement proved more attractive to the *Fortnite* community than the many other Box PVP games in existence, including Defendant's.

29

73. The above notwithstanding, as detailed below, neither HV1 nor HV2 infringes Defendant's Box PVP game. Neither "version" is substantially similar to Defendant's game, let alone virtually identical as is required under the law. Defendant's infringement claims fail.

74. While both Hive's and Defendant's games feature the genre-standard box shape, box-like material (wood, cardboard, etc.), a close quarters play map, and standard *Fortnite* play settings, the games otherwise have significant differences, including their overall appearance, objects, and gameplay mechanics.

75. *First*, the waiting room for the games differs. The waiting room is a developer-designed space that players first enter when selecting a game on the *Fortnite* platform, to wait for a sufficient number of other players to join before gameplay can commence. In contrast to Defendant's room, Hive's room features its distinctive honeycomb pattern (evocative of its name), which is reflected on the floor, walls, and ceiling, and a large image of its custom-designed Box PVP and Hive logos.

| Defendant's Box PVP Waiting Room | Hive's Box PVP Waiting Room |
| --- | --- |
|  | |

76. *Second,* while both games feature Box PVP stock elements (e.g., box space, classical wooden assets), Hive's game nevertheless has a visual appearance that is distinct from Defendant's game. Hive uses different lighting settings, which effectively change the color and appearance of the standard wooden surfaces. The presence of the blue panels interspersing the stock wooden walls in both games is Epic's Storm Device. And the placement of this device is

30

preset by *Fortnite*'s design parameters, and is present in nearly every Box PVP game and many other game genres. *See supra* ¶ 66. It is not protectable, and its appearance in both games is therefore irrelevant to assessing substantial similarity.

77. **Third**, Hive also features its distinctive honeycomb logo on the walls, whereas Defendant's game features no such additions.



| Defendant's Box PVP Gameplay Images | Hive's Box PVP (HV1) Gameplay Images |
|---|---|

31

78.     *Fourth*, as shown below, Hive elected to utilize a green barrier as opposed to the blue one used by Defendant. According to Epic, "[a] Barrier device creates a customized zone that blocks players and weapon fire," and "can also be used to create different visual styles that decorate levels throughout environments."[24] Barrier devices are standard to virtually all games, and Epic provides several options for materials, such as the "Blue Forcefield" used by the Defendant. However, Hive did something different. It used the "Invisible" option and used the "green zone" of the "Mutator Zone Device" (which is not commonly used as a barrier, and was not used as a barrier by Defendant) for a more distinctive appearance that is not provided as an option on the Barrier Device. The Mutator Zone Device allows developers to control activity in a particular area of the gameplay map or increase a player's movement speed. Hive disabled both of those settings and only enabled its visibility. Thus, Hive did not use the Mutator Zone Device for its technical effect but for the visual appearance of the zones in order to improve upon the more typical visuals of the Barrier Device. Indeed, Hive's deliberate choice allowed for significantly more transparency at Game Start and provided a distinct quality-of-life upgrade compared to other Box PVP games on the *Fortnite* platform.

| Defendant's Box PVP Barrier | Hive's Box PVP Barrier |
| --- | --- |



---

[24]   *See*   https://dev.epicgames.com/documentation/en-us/fortnite/using-barrier-devices-in-fortnite-creative (last visited March 19, 2026).

79.     As stated above, Hive formally launched HV2 in November 2023 after it created through UEFN a unique cardboard material for the floors and walls and distinctive Box PVP logo. As is shown below, the gameplay arena in HV2 bears no resemblance to that in Defendant's Box PVP.



| Defendant's Box PVP | Hive's Box PVP (HV2) |
| --- | --- |



80.     Moreover, for HV2, Hive also created custom honeycomb barriers around the players when the game commenced (replacing the green barriers described above). By contrast, Defendant continued to use the Epic-provided blue material. Hive has never used this standard material.

| Defendant's Box PVP Game Start | Hive's Box PVP (HV2) Game Start |
| --- | --- |
|  | |

81.     Further, from time to time, both Hive and Defendant have also altered the appearances of their games. For example, in one iteration, Hive used beige carpeting and tiled walls instead of the wooden box interior standard to the Box PVP genre, as shown below. This is nothing like any version of Defendant's game.

34

| Hive's Alternative Box PVP Appearance |
|:---:|
|  |

82.     Defendant has also used appearances and features that differ from Hive's game, such as a snow-covered floor and dungeon-like setting, as shown below.

| Defendant's Box PVP Appearance |
|:---:|
| |



83. Beyond the obvious differences between the use of certain stock elements in the parties' games, Hive also elected to include elements in its game that Defendant did not (or did not originally). Those unique elements contributed to the sustained success and popularity of Hive's game.

84. For example, by *Fortnite*'s default rules, players start with 200 health points. As stated above, one of the most popular and iconic weapons in *Fortnite* is the Pump Shotgun. At the time that Hive created its game, this weapon took away 180 health points, nearly fatal with a single shot. At an earlier point in time, *Fortnite* only permitted developers to reduce player health to preset increments (e.g., 50, 100, 175). In order to make the Pump Shotgun a one-hit kill weapon, Hive elected to reduce the number of health points that players begin with to below 180. Once *Fortnite* later allowed developers to set a specific health point value (as opposed to preset increments), *Hive* set the health at exactly 180 points, which is consistent with its design choice to

36

make the iconic Pump Shotgun a one-hit kill weapon. This became immensely popular with players, and, in fact, was later implemented by Defendant.

85.     Further, Hive elected to include the Map Controller Device: a tool that displays a map of the game's area for players to locate their position. Defendant has not included this feature in his game (or did not originally).



86.     Hive also added several other important elements to its game that sets it apart from Defendant's game, including a rule that the winner of each match receives better weapons, and a speed-round system that it wrote with Verse code in UEFN.

87.     As is set forth above, Hive's game is not substantially similar to Defendant's game, let alone virtually identical, as required for any actionable copyright infringement.

## COUNT I – DECLARATORY JUDGMENT OF NON-INFRINGEMENT UNDER THE COPYRIGHT ACT

88.     Hive repeats and realleges the allegations in the preceding paragraphs as if fully set forth herein.

89.     Defendant contends that Hive's game infringes Defendant's purported copyright.

90.     Defendant further has threatened to pursue enforcement measures, including submitting takedown notices pursuant to the Digital Millenium Copyright Act ("DMCA") to Epic in order to have Hive's game and account(s) removed from the *Fortnite* platform.

91.     Hive disputes Defendant's allegations and denies that Hive's game infringes any valid copyright owned by Defendant.

92.     Defendant's copyright is based on a purported combination of elements that are not protectable under the Copyright Act, including elements that are standard, customary, or indispensable to the Box PVP genre of *Fortnite* gameplay.

93.     These elements constitute *scènes à faire*, flow naturally from the idea of a Box PVP game genre, or otherwise merge with the underlying idea of that type of gameplay, and therefore are not entitled to copyright protection.

94.     To the extent Defendant's work contains any protectable expression at all (which Hive does not concede), any resulting copyright protection would be thin and limited to virtually identical copying of the protected expression.

95.     Hive's game does not copy any protectable expression from Defendant's work, and is neither substantially similar nor virtually identical to Defendant's work.

96.     Any similarities between the works arise solely from the use of non-protectable elements, including ideas, game mechanics, conventions of the Box PVP genre, and other *scènes à faire*.

97.     Accordingly, Hive's game does not infringe any valid copyright owned by Defendant.

98.     There exists a real and immediate controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment because Defendant's threats place Hive in the untenable position of either acceding to Defendant's demands or risking enforcement actions that could disrupt distribution of its game. Hive disputes Defendant's allegations and contends that its game does not infringe any valid copyright owned by Defendant.

99.     An actual and justiciable controversy exists between the parties concerning whether Hive's game infringes Defendant's purported copyright.

100.     Pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201–2202, Hive is entitled to a declaration resolving this controversy.

## JURY DEMAND

Hive demands a trial by jury on all issues.

## PRAYER FOR RELIEF

WHEREFORE, Hive respectfully requests that the Court enter judgment in its favor and grant the following relief:

A.     A declaration that Hive's versions of Box PVP do not infringe Defendant's version of Box PVP;

B.     An award of Hive's costs and reasonable attorneys' fees as permitted by law; and

C.     Such other and further relief as the Court deems just and proper.

Dated: March 19, 2026

WINSTON & STRAWN LLP

Respectfully submitted,

/s/ Sean H. Suber
Michael S. Elkin*
MElkin@winston.com
Sean R. Anderson*
SRAnderson@winston.com
200 Park Avenue
New York, NY 10166
(212) 294-6700

Sean H. Suber
SSuber@winston.com
300 N. La Salle Dr., Suite 4400
Chicago, IL 60654
(312) 558-5600

*Attorneys for Hive Studios LLC*

*General bar application forthcoming*

40